CORNELIA C. FLAGG, Respondent, *v.* ALMIRA G. FISK et al., as Administrators of the Estate of HENRY G. FISK, Deceased, Appellants.

*Flagg* v. *Fisk*, 87 App. Div. 631, affirmed.
(Argued October 21, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry B. Kinghorn* and *George Wilcox* for appellants.

*Ernest Hall* and *Mortimer Kennedy Flagg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.